AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JUAN MANUEL CASTELLANO-RODRIGUEZ,

        Defendant.

**APPEARANCE**

Case Number: 08CR0263-WQH

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   JUAN MANUEL CASTELLANO-RODRIGUEZ
   I am replacing TIMOTHY R. GARRISON on this case.

   I certify that I am admitted to practice in this court.

| 2/26/2008 | /s/ SHAFFY MOEEL |
|---|---|
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD     238732 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

# **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 26, 2008                                                    /s/ *Shaffy Moeel*
                                                                                              SHAFFY MOEEL
                                                                                              Federal Defenders of San Diego, Inc.
                                                                                              225 Broadway, Suite 900
                                                                                              San Diego, CA 92101-5030
                                                                                              (619) 234-8467  (tel)
                                                                                              (619) 687-2666  (fax)
                                                                                              e-mail: Shaffy_Moeel@fd.org